# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.

**E-filing** SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

BFI WASTE SYSTEMS OF NORTH AMERICA, INC., a corporation,
doing business as WASTE SERVICES OF SANTA CLARA COUNTY,
BFI SAN CARLOS TRANSFER STATION, BFI WASTE SERVICES OF
SANTA CLARA COUNTY, BUILDERS DEBRIS BOX, BFI WASTE SERVICES
OF SAN MATEO, AND BFI SAN CARLOS TRANSFER STATION



TO: (Name and address of defendant)
BFI WASTE SYSTEMS OF NORTH AMERICA, INC.
1680 Edgeworth Avenue
Daly City, CA 94015

**MHP**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JUL 1 0 2008

MARY ANN BUCKLEY

(BY) DEPUTY CLERK