1  LANER MUCHIN DOMBROW BECKER
     LEVIN AND TOMINBERG LTD.
2  ROBERT H. BROWN
   William T. Daniels
3  515 North State Street – Suite 2800
   Chicago, IL  60654
4  Telephone:  (312) 467-9800
   Facsimile:   (312) 467-9479
5  rbrown@lanermuchin.com
   wdaniels@lanermuchin.com
6
   Attorney for Defendant
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS,    )   NO. C 08 3331 MHP
    INC.,                        )
                                 )   ~~PROPOSED~~ ORDER
12                  Plaintiff,   )
                                 )
13       vs.                     )
                                 )
14  BFI WASTE SYSTEMS OF NORTH   )
    AMERICA, INC., a corporation, doing )
15  business as WASTE SERVICES OF )
    SANTA CLARA COUNTY, BFI SAN  )
16  CARLOS TRANSFER STATION, BFI )
    WASTE SERVICES OF SANTA CLARA
17  COUNTY, BUILDERS DEBRIS BOX,
    BFI WASTE SERVICES OF SAN
18  MATEO, AND BFI SAN CARLOS
    TRANSFER STATION
19
                    Defendant.

20

21

22       The parties having informed the Court that they wish the Court to decide certain legal

23  issues prior to mediation and Settlement Conference, now seek that the deadline for mediation

24  and Settlement Conference be extended, if necessary, until 30 days after the date the Court has

25  ruled on dispositive motions for summary judgment by the parties, it is hereby ordered that:

26

27       1.     The deadline for mediation is extended until 30 days after the Court has ruled on

28  dispositive motions for summary judgment filed by the parties.

-1-

PROPOSED ORDER

-2-

2. Settlement Conference scheduled for January 30, 2009 is removed from the docket.

3. A new date for Settlement Conference will be set for 30 days after the deadline for mediation, if necessary.

DATED: January 13, 2008



JUDGE
Judge Marilyn H. Patel

PROPOSED ORDER