SEYFARTH SHAW LLP
Nick C. Geannacopulos (State Bar No. 114822) / ngeannacopulos@seyfarth.com
Laura J. Maechtlen (State Bar No. 224923) / lmaechtlen@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

LANER, MUCHIN, DOMBROW, BECKER, LEVIN AND TOMINBERG, LTD.
Robert H. Brown, Esq. / rbrown@lanermuchin.com
William T. Daniels, Esq. / wdaniels@lanermuchin.com
515 North State Street, Suite 2800
Chicago, Illinois 60610
Telephone: (312) 467-9800
Facsimile: (312) 467-9479

Attorneys for Defendants

ERSKINE & TULLEY
Michael J. Carroll, Esq.
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BFI WASTE SYSTEMS OF NORTH AMERICA, INC., a corporation, doing business as WASTE SERVICES OF SANTA CLARA COUNTY, BFI SAN CARLOS TRANSFER STATION, BFI WASTE SERVICES OF SANTA CLARA COUNTY, BUILDERS DEBRIS BOX, BFI WASTE SERVICES OF SAN MATEO, AND BFI SAN CARLOS TRANSFER STATION <br><br> Defendant. | CASE NO. CV 08 3331 MHP <br><br> **STIPULATION TO DATE TO SUBMIT ~~PROPOSED~~ JUDGMENT** |

---
-1-
Stipulation to Extend Date Upon Which To Submit Proposed Judgment/Case No. CV 08-3331 MHP

The Parties to the above entitled action, Plaintiff Northwest Administrators, Inc. and Defendants BFI Waste Systems, LLC (erroneously sued as BFI Waste Systems of North America, Inc.), Waste Services of Santa Clara County, BFI San Carlos Transfer Station, BFI Waste Services of Santa Clara County, Builders Debris Box, BFI Waste Services of San Mateo, and BFI San Carlos Transfer Station ("Defendants") hereby stipulate and agree as follows:

1. On June 15, 2009, the Court filed a Memorandum and Order Re: Cross-Motions For Summary Judgment. That Order required the parties to meet and confer and jointly file, within forty-five (45) days, a proposed judgment consistent with the Memorandum and Order.

2. The parties have meet and conferred, but require additional time to submit a proposed judgment to the court for two reasons:

   a. During the meet and confer process, the Plaintiff provided new audit numbers to be included in the proposed judgment that must be verified by the Defendants. The Defendants are now conducting an audit, but require additional time to complete the audit.

   b. During the meet and confer process, the parties explored possible settlement of this action. The parties are continuing settlement negotiations.

3. The parties hereby stipulate to, and request that this Court allow, an additional thirty (30) days from the date of the Court's Memorandum and Order Re: Cross-Motions For Summary Judgment to submit a proposed judgment in this action.

DATED: July 28, 2009                SEYFARTH SHAW LLP

                                    By /s/ 
                                    Nick C. Geannacopulos
                                    Laura J. Maechtlen
                                    Attorneys For Defendant
                                    BFI WASTE SYSTEMS, LLC (erroneously sued as
                                    BFI WASTE SYSTEMS OF NORTH AMERICA,
                                    INC.), WASTE SERVICES OF SANTA CLARA
                                    COUNTY, BFI SAN CARLOS TRANSFER
                                    STATION, BFI WASTE SERVICES OF SANTA
                                    CLARA COUNTY, BUILDERS DEBRIS BOX, BFI
                                    WASTE SERVICES OF SAN MATEO, and BFI SAN
                                    CARLOS TRANSFER STATION

Stipulation to Extend Date Upon Which To Submit Proposed Judgment/ Case No. CV 08-3331 MHP

DATED: July 28, 2009            ERSKINE & TULLEY

                                By _____
                                        Michael J. Carroll

                                Attorneys for Plaintiff
                                NORTHWEST ADMINISTRATORS, INC

## ORDER

IT IS SO ORDERED. The parties shall continue to meet and confer and jointly file a proposed judgment consistent with the Court's Memorandum and Order Re: Cross-Motions For Summary Judgment on or before August 29, 2009.

Dated: 7/29/2009

_____
Hon. Judge Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED / Judge Marilyn H. Patel — United States District Court, Northern District of California*