```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiff

 6

    SEYFARTH SHAW LLP
 7  NICK C. GEANNOCOPULOS (ST. BAR #114822)
    LAURA J. MAECHLEN (ST. BAR #224923)
 8  560 Mission Street, Suite 3100
    San Francisco, CA 94105
 9  Telephone:  (415) 397-2823
    Facsimile:  (415) 397-8549
10
    LANER, MUCHIN, DONBROW, BECKER, LEVIN AND TOMINBERG, LTD.
11  ROBERT H. BROWN, Esq.
    WILLIAM T. DANIELS, Esq.
12  515 North State Street, Suite 2800
    Chicago, Illinois 60610
13  Telephone: (312) 467-9800
    Facsimile: (312) 467-9479
14
    Attorneys for Defendants
15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19

20  NORTHWEST ADMINISTRATORS, INC.,   )   NO.  C 08 3331 MHP
                                      )
21                 Plaintiff,         )
                                      )
22      vs.                           )   STIPULATION TO DATE TO
                                      )   SUBMIT PROPOSED JUDGMENT
23  BFI WASTE SYSTEMS OF NORTH AMERICA)
    INC., a corporation, doing business)
24  as WASTE SERVICES OF SANTA CLARA  )
    COUNTY, BFI SAN CARLOS TRANSFER   )
25  STATION, BFI WASTE SERVICES OF SANTA)
    CLARA COUNTY, BUILDERS DEBRIS BOX,)
26  BFI WASTE SERVICES OF SAN MATEO, AND)
    BFI SAN CARLOS TRANSFER STATION   )
27                                    )
                   Defendant.         )
28  _____)
```

The parties to the above entitled action, Plaintiff Northwest Administrators, Inc., and Defendants BFI Waste Systems, LLC (erroneously sued as BFI Waste Systems of North America, Inc.,), Waste Services of Santa Clara County, BFI San Carlos Transfer Station, BFI Waste Services of Santa Clara County, Builders Debris Box, BFI Waste Services of San Mateo, and BFI San Carlos Transfer Station ("Defendants") hereby stipulate and agree as follows:

1. On June 15, 2009, the Court filed a Memorandum and Order Re: Cross-Motions For Summary Judgment. The Order required the parties to meet and confer and jointly file, within forty-five (45) days, a proposed judgment consistent with the Memorandum and Order. On July 29, 2009 the Court granted an extension to August 29, 2009.

2. The parties have meet and conferred, but require additional time to submit a proposed judgment to the court for two reasons:

   a. The parties have encountered difficulties interpreting the numbers proposed by Plaintiff to be included in the proposed judgment. The Defendants have now conducted their own audit. The auditors and attorneys are meeting on August 27, 2009 to review the findings by each side.

   b. During this meeting the parties will again explore possible settlement of this action. These discussions will include a legal issue which might otherwise require resolution by the Court. This process may not be concluded that day.

3. The parties hereby stipulate to, and request that this Court allow, an additional thirty (30) days from the date of the Court's Memorandum or Order Re: Cross-Motions For Summary Judgment to submit a proposed judgment in this action.

////

| | | |
|---|---|---|
| 1 | DATED: August 20, 2009 | ERSKINE & TULLEY<br>A PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | By: _____<br>Michael J. Carroll |
| 4 | | Attorneys for Plaintiff<br>Northwest Administrators, Inc. |
| 5 | | |
| 6 | DATED: August 20, 2009 | SEYFARTH SHAW LLP |
| 7 | | |
| 8 | | By: _____<br>Nick C. Geannocopulos |
| 9 | | Attorneys for Defendant<br>BFI Waste Systems, LLC, |

**ORDER**

IT IS SO ORDERED. The parties shall continue to meet and confer and jointly file a proposed judgment consistent with the court's Memorandum and Order Re: Cross-Motions For Summary Judgment on or before September 30, 2009.

DATED: 8/21/2009

_____
JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*