SEYFARTH SHAW LLP
Nick C. Geannacopulos (State Bar No. 114822) / ngeannacopulos@seyfarth.com
Laura J. Maechtlen (State Bar No. 224923) / lmaechtlen@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

LANER, MUCHIN, DOMBROW, BECKER, LEVIN AND TOMINBERG, LTD.
Robert H. Brown, Esq. / rbrown@lanermuchin.com
William T. Daniels, Esq. / wdaniels@lanermuchin.com
515 North State Street, Suite 2800
Chicago, Illinois 60610
Telephone: (312) 467-9800
Facsimile: (312) 467-9479

Attorneys for Defendants

ERSKINE & TULLEY
Michael J. Carroll, Esq.
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, INC., a corporation, doing business as WASTE SERVICES OF SANTA CLARA COUNTY, BFI SAN CARLOS TRANSFER STATION, BFI WASTE SERVICES OF SANTA CLARA COUNTY, BUILDERS DEBRIS BOX, BFI WASTE SERVICES OF SAN MATEO, AND BFI SAN CARLOS TRANSFER STATION<br><br>Defendant. | CASE NO. CV 08 3331 MHP<br><br>**STIPULATION TO EXTEND DATE TO SUBMIT PROPOSED JUDGMENT** |

-1-
Stipulation to Extend Date Upon Which To Submit Proposed Judgment/ Case No. CV 08-3331 MHP

The Parties to the above entitled action, Plaintiff Northwest Administrators, Inc. and Defendants BFI Waste Systems, LLC (erroneously sued as BFI Waste Systems of North America, Inc.), Waste Services of Santa Clara County, BFI San Carlos Transfer Station, BFI Waste Services of Santa Clara County, Builders Debris Box, BFI Waste Services of San Mateo, and BFI San Carlos Transfer Station ("Defendants") hereby stipulate and agree as follows:

1. On December 18, 2009, the Court filed an Amended Memorandum and Order Re: Cross-Motions For Summary Judgment. That Order required the parties to meet and confer and jointly file, within forty-five (45) days, a proposed judgment consistent with the Memorandum and Order.

2. The parties have meet and conferred, but require additional time to submit a proposed judgment to the court for two reasons:

   a. The parties require additional time to conduct discovery necessary to prepare a proposed judgment, if any; and

   b. During the meet and confer process, the parties explored possible settlement of this action and the parties are continuing settlement negotiations.

3. The parties hereby stipulate to, and request that this Court allow, an additional sixty (60) days from the date of the Court's Amended Memorandum and Order Re: Cross-Motions For Summary Judgment to submit a proposed judgment in this action.

DATED: February 1, 2010     SEYFARTH SHAW LLP


By _____/s/_____
         Nick C. Geannacopulos
         Laura J. Maechtlen
Attorneys For Defendant
BFI WASTE SYSTEMS, LLC (erroneously sued as BFI WASTE SYSTEMS OF NORTH AMERICA, INC.), WASTE SERVICES OF SANTA CLARA COUNTY, BFI SAN CARLOS TRANSFER STATION, BFI WASTE SERVICES OF SANTA CLARA COUNTY, BUILDERS DEBRIS BOX, BFI WASTE SERVICES OF SAN MATEO, and BFI SAN CARLOS TRANSFER STATION

| | | |
|---|---|---|
| 1 | DATED: February 1, 2010 | ERSKINE & TULLEY |
| 2 | | |
| 3 | | By _____/s/_____ |
| 4 | | Michael J. Carroll |
| 5 | | Attorneys for Plaintiff<br>NORTHWEST ADMINISTRATORS, INC. |

## ORDER

IT IS SO ORDERED. The parties shall continue to meet and confer and jointly file a proposed judgment consistent with the Court's Memorandum and Order Re: Cross-Motions For Summary Judgment on or before April 2, 2010.

Dated: 2/8/2010

**IT IS SO ORDERED**
/s/ Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF1 28364374.1 / 54919-000104