```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA   94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiff

 6

 7  SEYFARTH SHAW LLP
    NICK C. GEANNOCOPULOS (ST. BAR #114822)
    LAURA J. MAECHTLEN (ST. BAR #224923)
 8  560 Mission Street, Suite 3100
    San Francisco, CA 94105
 9  Telephone:  (415) 397-2823
    Facsimile:  (415) 397-8549
10
    LANER, MUCHIN, DONBROW, BECKER,LEVIN AND TOMINBERG, LTD.
11  ROBERT H. BROWN, Esq.
    WILLIAM T. DANIELS, Esq.
12  515 North State Street, Suite 2800
    Chicago, Illinois 60610
13  Telephone: (312) 467-9800
    Facsimile: (312) 467-9479
14
    Attorneys for Defendants
15

16
                     UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19

20  NORTHWEST ADMINISTRATORS, INC.,    )  NO.  C 08 3331 MHP
                                       )
21                  Plaintiff,         )
                                       )
22      vs.                            )  STIPULATION FOR
                                       )  DISMISSAL
23  BFI WASTE SYSTEMS OF NORTH AMERICA )
    INC., a corporation, doing business)
24  as WASTE SERVICES OF SANTA CLARA   )
    COUNTY, BFI SAN CARLOS TRANSFER    )
25  STATION, BFI WASTE SERVICES OF SANTA)
    CLARA COUNTY, BUILDERS DEBRIS BOX, )
26  BFI WASTE SERVICES OF SAN MATEO, AND)
    BFI SAN CARLOS TRANSFER STATION    )
27                                     )
                    Defendant.         )
28  _____)
```

STIPULATION FOR DISMISSAL

1

The parties having entered into a Settlement Agreement and Release, and good cause appearing,

IT IS HEREBY STIPULATED that this action be dismissed with prejudice.

DATED: April 13, 2010                ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION

                                     By: /s/Michael J. Carroll
                                         Michael J. Carroll
                                         Attorneys for Plaintiff
                                         Northwest Administrators, Inc.

DATED: April 13, 2010                SEYFARTH SHAW LLP

                                     By: /s/Laura J. Maechtlen
                                         Laura J. Maechtlen
                                         Attorneys for Defendant
                                         BFI Waste Systems, LLC,

**ORDER**

IT IS SO ORDERED.

DATED: 4/14/2010

_____
JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION FOR DISMISSAL
2